UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV20-11776 JAK (AGRx) | Date | May 24, 2021 |
| Title | Maria Ferrufino Ulloa v. California Newspapers Partnership | | |

---

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson (video) | Lisa Gonzalez (video) |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Ryan Handley (video) | Anne Turner (video) |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND REMOVED ACTION TO STATE COURT (DKT. 11)**

The hearing is held via Zoom webinar. Counsel, the Court and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited.

The motion hearing is held. The Court states its tentative view that it is inclined to deny Plaintiff's Motion to Remand Removed Action to State Court (the "Motion" (Dkt. 11)). Counsel address the Court. The Court adheres to its tentative view and **DENIES** the Motion, with a more detailed order to follow.

The Court orders counsel to meet and confer and, on or before June 24, 2021, file a joint report regarding the selection of an agreed-upon private neutral. If the parties are unable to agree upon a private neutral, each party shall submit three nominees to the Court, including each nominee's c.v. and billing rates. The Court may then select a private neutral from among the six nominees based on a review of the joint report, or may defer that selection until later in the proceedings.

**IT IS SO ORDERED.**

| | : | 49 |
|---|---|---|
| | Initials of Preparer | TJ |