UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA FERRUFINO ULLOA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALIFORNIA NEWSPAPERS PARTNERSHIP; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. 2-20-cv-11776 JAK(AGRx)<br><br>**PROTECTIVE ORDER PURSUANT TO STIPULATION OF THE PARTIES**<br><br>Judge:   John A. Kronstadt<br><br>Trial Date:         None Set |

## PROTECTIVE ORDER

**GOOD CAUSE APPEARING**, pursuant to the Stipulation for Protective Order entered into by Plaintiff Maria Ferrufino Ulloa and Defendant California Newspapers Partnership, through the parties' counsel of record, the Protective Order is hereby granted.

IT IS SO ORDERED.

DATED: December 21, 2021

_____
THE HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

4879-2195-2003.1

PROTECTIVE ORDER PURSUANT TO STIPULATION