1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10  MARIA FERRUFINO ULLOA, an          No. 2:20-cv-11776 JAK (AGRx)
    individual,
11
                                       **ORDER RE JOINT
12             Plaintiff,              STIPULATION FOR DISMISSAL
                                       (DKT. 31)**
13
14  vs.                                **JS-6**

15
    CALIFORNIA NEWSPAPER
16  PARTNERS, a California
17  Corporation, and DOES 1 through 20,
    Inclusive,
18

19             Defendants.

20

21

22

23

24

25

26

27

28

L N

1       Based on a review of the parties' Joint Stipulation for Dismissal (the "Stipulation"

2  (Dkt. 31)), this action is hereby dismissed with prejudice, with each party to bear its own

3  costs and attorney's fees.

4

5      **IT IS SO ORDERED.**

6

7  Dated:  <u>March 31, 2022</u>

8                          John A. Kronstadt
                          United States District Judge

